**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6918

_____

PAUL JORGENSON,

              Petitioner – Appellant,

     v.

TERRY O'BRIEN, Warden,

              Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, Chief District Judge.  (5:11-cv-00174-JPB-JES)

_____

Submitted:  September 25, 2012     Decided:  September 28, 2012

_____

Before SHEDD, DUNCAN, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Paul Jorgenson, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Jorgenson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jorgenson v. O'Brien, No. 5:11-cv-00174-JPB-JES (N.D. W. Va. May 2, 2012). Leave to proceed in forma pauperis is denied. We deny the motion to file a formal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED